### VIRGINIA B. MORGAN *vs.* NORRIS C. MORGAN

DIVORCE—FINAL DECREE ENTERED AFTER ONE YEAR SUBSEQUENT TO DE-
CREE NISI UPON ANY PARTY'S APPLICATION.

Under *Rev. Code* 1915, § 3026, a divorce decree nisi becomes absolute,
unless otherwise ordered, after the expiration of a year, and after such time
a final decree will be entered upon application of plaintiff or of any other party.

(*October 11, 1920.*)

HEISEL, J., sitting.

*Philip L. Garrett* for plaintiff.

*G. Dare Hopkins* for defendant.

Superior Court for New. Castle County, September Term,
1920.

DIVORCE, No. 109, September Term, 1919.

Action of divorce by Virginia B. Morgan against Norris C.
Morgan. Decree nisi was granted September 15, 1919, and after
the expiration of one year from the entry thereof; on motion of
defendant for final decree. Final decree ordered.

Counsel for defendant moved for final judgment. Counsel
for plaintiff contended that final judgment could be entered only
upon application of plaintiff.

HEISEL, J. *Section* 3026, *Code* 1915, provides that after the
expiration of one year from the entry of the decree nisi such de-
cree shall become absolute, unless otherwise ordered by the court
before the expiration of said year.

The decree nisi in this case having been granted on September
15, 1919, and the court not having otherwise ordered, said decree
became absolute on the 15th day of September, 1920.

The decree being final and absolute, such final decree will be
entered either upon the application of the plaintiff as provided by
the statute, or upon the application of any other interested party.

Let the final decree be entered.